UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

ASHLEY MATTHEWS and VERONICA
MEDRANO, on behalf of themselves and all others
similarly situated,

                        Plaintiffs,

v.

                                          CASE NO.  1:22-cv-00297-AJT-TCB

COMMERICIAL CONDOMINIUM
MANAGEMENT COMPANY,

                        Defendant.

---

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS**

---

Plaintiffs Ashley Matthews and Veronica Medrano and Defendant Commercial Condominium Management Company (collectively "Parties"), jointly move the Court for an order approving the settlement agreements between the Parties, attached as Exhibits 1 and 2, to resolve this case and dismissing Plaintiffs' Complaint with prejudice.

Dated:  July 15, 2022

Respectfully submitted,

**ASHLEY MATTHEWS AND VERONICA MEDRANO**

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com
Counsel for Plaintiffs

COMMERCIAL CONDOMINIUM MANAGEMENT COMPANY

/s/Martin J. Amundson
Amy Miller (VSB No. 70698)
Martin J. Amundson (VSB No. 86735)
1737 King Street
Suite 500
Alexandria, VA 22314-2727
Tel.:　(703) 838-6598
Fax:　(703) 836-2021
Email: amy.miller@bipc.com
　　　　martin.amundson@bipc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Timothy Coffield
Counsel for Plaintiffs