UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

ASHLEY MATTHEWS and VERONICA
MEDRANO, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

v.

                CASE NO. 1:22-cv-00297-AJT-TCB

COMMERICIAL CONDOMINIUM
MANAGEMENT COMPANY,

                Defendant.

---

**ORDER**

---

Upon consideration of the Parties' Joint Motion for Approval of Settlement Agreements and Dismissal of Plaintiffs' Complaint with Prejudice, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreements are APPROVED as fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

ENTERED this 19 day of July, 2022

Anthony J. Trenga
United States District Judge
_____
United States District Judge

**So moved and consented to:**

**ASHLEY MATTHEWS and VERONICA MEDRANO**

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434 321-1636
tc@coffieldlaw.com
Counsel for Plaintiff

**COMMERCIAL CONDOMINIUM MANAGEMENT COMPANY**

*s/Martin J. Amundson*
Amy Miller (VSB No. 70698)
Martin J. Amundson (VSB No. 86735)
**Buchanan Ingersoll & Rooney PC**
1737 King Street
Suite 500
Alexandria, VA 22314-2727
Tel.:   (703) 838-6598
Fax:   (703) 836-2021
Email: amy.miller@bipc.com
         martin.amundson@bipc.com

*Counsel for Defendants*